USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/1/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PHILIP VON KAHLE,

                        Plaintiff,

-against-

ERNESTO ALVAREZ,

                        Movant,

CARGILL, INC,

                        Defendant.

22 Misc. 62 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 14, 2022, Movant, Ernesto Alvarez, brought a petition in the Southern District of Florida to quash a subpoena issued by Plaintiff, Philip von Kahle, in connection with an ongoing action before this Court, *Kahle v. Cargill, Inc.*, No. 21 Civ. 8532. ECF No. 1. Defendant, Cargill, Inc., brought an unopposed motion to transfer the above-captioned matter to the Southern District of New York. ECF No. 10. That motion was granted, ECF No. 21, and the above-captioned matter was transferred to the undersigned, ECF No. 22.

    Accordingly, by **March 15, 2022**, the parties shall file a joint status letter with the Court regarding the status of the petition.

    SO ORDERED.

Dated: March 1, 2022
       New York, New York

                                              ANALISA TORRES
                                            United States District Judge