```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PHILIP VON KAHLE,

                       Plaintiff,

-against-

ERNESTO ALVAREZ,

                       Movant,

CARGILL, INC,

                       Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2022
```

22 Misc. 62 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 15, 2022, the parties informed the Court that Plaintiff is not currently seeking to enforce the subpoena that is the subject of this case, and that the parties are working together to resolve this case without the need for the Court's intervention. ECF No. 24. Accordingly, by **April 18, 2022**, and every 30 days thereafter, the parties shall file a joint letter updating the Court on the status of the subpoena and their efforts to resolve this issue.

    SO ORDERED.

Dated: March 16, 2022
       New York, New York

                                              ANALISA TORRES
                                      United States District Judge